**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Byron Dale, Greg Soderberg, Ayrlahn Johnson, David Pich, and the citizens of United States, | Civil No. 18-685 (DWF/LIB) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Steven Mnuchin and President Donald Trump, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated July 18, 2018. (Doc. No. 19.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Leo I. Brisbois's July 18, 2018 Report and Recommendation (Doc. No. [19]) is **ADOPTED**.

2. The Plaintiffs' Complaint (Doc. No. [1]) is **DISMISSED WITH PREJUDICE** for failure to effect service and lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 9, 2018          s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge